


**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

April 7, 2025

*Via ECF*

Hon. Kenneth M. Karas
United States District Judge
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:   Pompey v. County of Westchester, et al, Docket No. 23-CV-9337 (KMK) (VR)

Dear Judge Karas:

  The Quinn Law Firm represents defendants in the referenced action.  We are preparing defendants' reply papers in further support of their motion for summary judgment, which will be filed on April 11, 2025.

  We are writing pursuant to Section IX(A) of Your Honor's Individual Practice Rules to request permission to file Defendants' Exhibit VV under seal.  Exhibit VV consists of a chart that restates the overall rating narratives contained in the 2020, 2021 and 2022 performance evaluations of Plaintiff and the Family Court Bureau attorneys who received promotions in those years.  We are submitting this chart as an aide to the Court.

  The Court already granted Defendants' motion for permission to file the underlying performance evaluations under seal.  Because Exhibit VV directly quotes from these same evaluations, we are respectfully requesting permission to file it under seal as well.  A copy of Exhibit VV has been filed under seal and electronically related to this letter motion.

  Plaintiff's attorney consents to this application.

Respectfully submitted,

THE QUINN LAW FIRM PLLC
Attorneys for Defendants

_____
Lalit K. Loomba

Cc:  counsel of record via ECF

---

Granted. The Clerk of Court is respectfully directed to terminate the motion flag at Dkt. No. 67.
SO ORDERED.

/s/ KMK

4/10/2025

www.quinnlawny.com